

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-16-00775-CR & 04-16-00776-CR

Samuel Chacon **MENCHACA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court Nos. A15427 & A15428
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED, and appellate counsel's motions to withdraw are GRANTED.

SIGNED December 13, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice